IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH C. HORN,
    Plaintiff,

vs.                              Case No.:  3:06cv108/LAC/EMT

OFFICER WALLACE, et al.,
    Defendants.
_____/

## O R D E R

       This matter is before the court on Plaintiff's Motion for Appointment of Counsel (Doc. 55) and Plaintiff's "Motion Request for Records Pursuant to Florida Statute 119" (Doc. 54), which shall be construed as a motion to conduct discovery.

       The appointment of counsel in civil cases is not a constitutional right; rather, it is "a privilege that is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." Poole v. Lambert, 819 F.2d 1025, 1028 (11th Cir. 1987).  As the court at this time does not view the case as exceptionally complex, Plaintiff's motion will be denied without prejudice.  Appointment of counsel may be considered at a later time should the need for counsel become evident.

       In addition, because Plaintiff is a prisoner proceeding pro se, he may not conduct discovery without first obtaining permission from the court.  Plaintiff is advised that at this stage of the case, discovery is premature.  Defendants Wallace and Allen have recently been served with process and have until August 1, 2007 to respond to the third amended complaint (*see* Doc. 51 at 1 (accepting service on June 1, 2007); Doc. 47 at 3–4 (directing Defendants Wallace and Allen to respond to the third amended complaint within sixty (60) days of receipt of the summons)).  The court will instruct Plaintiff as to when discovery is appropriate.  Plaintiff may then file a motion requesting permission to conduct discovery.

       Accordingly, it is **ORDERED**:

       1.    Plaintiff's Motion for Appointment of Counsel (Doc. 55) is **DENIED** without prejudice.

2.	Plaintiff's "Motion Request for Records Pursuant to Florida Statute 119" (Doc. 54), construed as a motion to conduct discovery, is **DENIED**.

**DONE AND ORDERED** this 13th day of June 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**