FLN (Rev. 4/2004) Deficiency Order                                                                                                              Page 1 of 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JOSEPH C. HORN

                                              Case No. 3:06cv108/LAC/EMT

vs

OFFICER WALLACE, et al.

## ORDER

Plaintiff's **SUMMARY ON SPECIAL REPORT w/ exhibits (received by the clerk of the court on February 13, 2008)**, was referred to the undersigned with the following deficiencies:

> The document does not have a certificate of service as required by Rules 5(b) and (d) of the Federal Rules of Civil Procedure and Rule 5.1(D) of the Local Rules of the Northern District of Florida, certifying that a copy of the document <u>has been served upon all other parties and specifying the date and method of such service</u>.

> The first page of the document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida. Each subsequent page must have a margin of approximately one and one-fourth (1 1/4) inch.

For these reasons, it is **ORDERED** that:

> The hard copies of the documents shall be returned to Plaintiff by the Clerk without electronic filing. They may be resubmitted after the above-noted deficiencies are corrected.

**DONE AND ORDERED** this 3rd day of March 2008.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**