IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH C. HORN,
    Plaintiff,

vs.                              Case No. 3:06cv108/LAC/EMT

OFFICER WALLACE, et al.,
    Defendants.
_____/

**ORDER**

Plaintiff's "Summary on Special Report" with exhibits, which appeared to be Plaintiff's response to Defendants' special reports, was received by the court on February 14, 2008. Plaintiff's response and exhibits, however, were returned to him on March 3, 2008 because the response was not in proper form (*see* Doc. 86). The court previously granted Plaintiff's motion for enlargement of time (Doc. 84), giving Plaintiff until February 11, 2008 to respond to Defendants' special reports. In the interests of justice, and in light of Plaintiff's pro se status, the court will give Plaintiff additional time to submit his response, in proper form, to Defendants' special reports.

Accordingly, it is **ORDERED**:

Plaintiff shall file his response to Defendants' special reports on or before **April 3, 2008**.

**DONE AND ORDERED** this 5th day of March 2008.

                            /s/ *Elizabeth M. Timothy*
                            **ELIZABETH M. TIMOTHY**
                            **UNITED STATES MAGISTRATE JUDGE**