IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH CHARLES HORN,
    Plaintiff,

vs.                            Case No. 3:06cv108/LAC/EMT

OFFICER WALLACE, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 9, 2009 (Doc. 96). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendants Tobin, Wallace, and Allen's motions for summary judgment (Docs. 46, 63) are **GRANTED**.

3. This case is **DISMISSED without prejudice** for failure to exhaust administrative remedies.

4. Judgment is entered in favor of Defendants.

**DONE AND ORDERED** this 11th day of February, 2009.

                                        s/*L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**